# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

FILED

JUL 1 5 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

Konstantin "Kenny" Krylov

*Plaintiff(s)*

v.

LANDRUM PROFESSIONAL EMPLOYER SERVICES, INC.

*Defendant(s)*

Civil Action No. 2:26-CV-153

FILED

AUG 1 1 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Landrum
219 E. Garden St. Ste. 500
Pensacola FL 32502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Konstantin "Kenny" Krylov
855 Gibson Road
Greeneville TN 37743

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LEANNA R. WILSON, CLERK

*CLERK OF COURT*

Date: 7-15-26

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Landrum
was received by me on *(date)* 07/17/2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: Sent by Certified Mail with return receipt. Received on 08/06/2026

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/10/2026

Tatyana Rusinova
*Server's signature*

Tatyana RUSINOVA
*Printed name and title*

855 Gibson Rd, Greeneville TN 37743
*Server's address*

Additional information regarding attempted service, etc:

Return receipt number: 9590 9402 9766 5266 4431 65

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Angela Thornton-Jones
Landrum
219 E Garden St Ste 500
Pensacola, Fl 32502

9590 9402 9766 5266 4431 65

2. Article Number (Transfer from service label)

9589 0710 5270 4106 1878 60

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*: RENNEE EDWARDS

C. Date of Delivery: 8/6/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...ail Restricted Delivery
...)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

USPS TRACKING #

PENSACOLA FL 325
7 AUG 2026 AM 1 L

9590 9402 9766 5266 4431 65

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Tatyana Rusinova
855 Gibson Rd
Greeneville TN 37743