# Exhibit A

# Affidavit

On November 10th of 2026 I, Konstantin Krylov, called Defendant's council on the phone for the prearranged Rule 26(f) conference. We discussed the following matters.

1) initial disclosures are due November 24th. The case will be ripe for the trial in 18 months.
2) Plaintiff informed Defendant that he had a copy of Form 52 in front of him and parties discussed the first two items on Form 52.
3) parties agreed that Defendant would provide a generic report based on Form 52 as basis for the planning meeting report.
4) Defendant's council stated that Plaintiff will not necessarily have to sign the report of parties' planning meeting.

Defendant's council cut the conference short. Remaining items required by FRCP Rule 26(f) and Form 52 were not discussed.

I certify under penalty of perjury that the foregoing is true and correct.

Konstantin Krylov

11/17/2026 ______________________