# Exhibit B

**Email Log between the Parties as of November 13th of 2026**

RE: 26(f) conference Krylov v Landrum

From: Walthart, Brian (brian.walthart@lewisbrisbois.com)

To: kkrylov1@yahoo.com

Cc: carmen.perez@lewisbrisbois.com

Date: Friday, November 13, 2026 at 03:22 PM EST

Mr. Krylov,

I need you to approve our proposed schedule. If you don't approve it or give me proposed edits and new dates, I will submit it to the Court and let them know that you were not responding.

LEWIS BRISBOIS

**Brian Walthart**
**Nashville Co-Managing Partner**
**Brian.Walthart@lewisbrisbois.com**

**T: 615.439.2689 F: 615.439.2701**

1222 Demonbreun Street, Suite 1801, Nashville, TN 37203 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Kenny <kkrylov1@yahoo.com>
**Sent:** Sunday, November 8, 2026 3:05 PM
**To:** Walthart, Brian <Brian.Walthart@lewisbrisbois.com>
**Subject:** Re: 26(f) conference Krylov v Landrum

EXTERNAL

Hello Mr. Walthart,
since you are in Nashville, I am assuming you meant 4PM your local time? 4PM Central time, same as 5PM Eastern time

On Friday, November 6, 2026 at 10:53:58 AM EST, Walthart, Brian <brian.walthart@lewisbrisbois.com> wrote:

Carmen please put this on my calendar.

LEWIS BRISBOIS

**Brian Walthart**
**Nashville Co-Managing Partner**
Brian.Walthart@lewisbrisbois.com

**T: 615.439.2689 F: 615.439.2701**

1222 Demonbreun Street, Suite 1801, Nashville, TN 37203 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule
Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Kenny <kkrylov1@yahoo.com>
**Sent:** Friday, November 6, 2026 8:58 AM
**To:** Walthart, Brian <Brian.Walthart@lewisbrisbois.com>
**Subject:** RE: 26(f) conference Krylov v Landrum

EXTERNAL

Yes

Yahoo Mail: Search, Organize, Conquer

On Fri, Nov 6, 2026 at 8:44 AM, Walthart, Brian <Brian.Walthart@lewisbrisbois.com> wrote:

> Can you do Tuesday at 4:00 pm?
>
> LEWIS BRISBOIS
>
> **Brian Walthart**
> **Nashville Co-Managing Partner**
> Brian.Walthart@lewisbrisbois.com
>
> **T: 615.439.2689 F: 615.439.2701**
>
> 1222 Demonbreun Street, Suite 1801, Nashville, TN 37203 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025

Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Kenny <kkrylov1@yahoo.com>
**Sent:** Thursday, November 5, 2026 6:25 PM
**To:** Walthart, Brian <Brian.Walthart@lewisbrisbois.com>
**Subject:** 26(f) conference Krylov v Landrum

EXTERNAL

Hello Mr. Walthart,
when is a good time for you to have our 26(f) conference?

Respectfully,

Kenny Krylov