UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| KONSTANTIN KRYLOV,<br><br>Plaintiff,<br><br>vs.<br><br>LANDRUM PROFESSIONAL EMPLOYER SERVICES, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:26-CV-153 |

**ORDER**

Plaintiff has filed a Notice of Non-Joinder and Motions [Doc. 21]. A hearing to address this filing will be conducted by the undersigned via videoconference on **Monday, November 30, 2026, at 2:00 p.m. EST.** Videoconferencing information will be sent to the pro se plaintiff and to counsel by the Clerk's office prior to the hearing.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge